UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-                                                         Case No. 8:04-cr-153-T-17MSS

RODOLFO ENRIQUE BODDEN

## REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the psychiatric evaluations of Defendant by three separate doctors, Dr. Alfonso Saa, Dr. Debra Goldsmith, and Dr. Michael P. Gamache. Dr. Alfonso Saa found Defendant to be competent to proceed. However, Dr. Debra Goldsmith found that Defendant is mentally retarded and incompetent to proceed to enter a plea in this case. Finally, Dr. Michael Gamache found Defendant competent to proceed. The collective opinions of the physicians suggest that additional observation and testing is warranted to properly determine whether Defendant is competent to stand trial.

Accordingly, upon consideration, and being otherwise fully advised, the Undersigned **REPORTS and RECOMMENDS** that Defendant Rodolfo Enrique Bodden be **COMMITTED** to the custody of the Attorney General for treatment for a period not to exceed **three (3) months**. Thereafter, Defendant shall notify the Court whether additional treatment and evaluation is warranted or whether other action should be taken.

Respectfully recommended in Tampa, Florida on August 30, 2005.

MARY S. SCRIVEN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge
Counsel of Record
Unrepresented Parties