UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                    CASE NO.  8:04-CR-153-T-17MSS

RODOLFO ENRIQUE BODEN.

_____/

                              ORDER

     This cause is before the Court on:

     Dkt. 40 Motion to Determine Competency
     Dkt. 64 Report and Recommendation

     The assigned Magistrate Judge has entered her Report and Recommendation recommending that Defendant Bodden be committed to the custody of the Attorney General for treatment for 90 days for additional observation and testing to determine whether Defendant is competent to stand trial.

     After consideration, the Court **adopts** the Report and Recommendation, and incorporates it by reference.  The Court **directs** that Defendant be sent to FMC Butner, North Carolina for an evaluation: 1) to determine Defendant's intelligence level; 2) to determine if Defendant understands right from wrong; 3) to determine if Defendant has sufficient present ability to consult with his lawyer with a reasonable degree of rational understanding; and 4) to determine whether Defendant has a rational and factual understanding of the proceedings against him.  A report shall be provided to the undersigned, notifying the undersigned whether additional treatment and evaluation is warranted, or some other action is appropriate, and Defendant shall be returned to this district after the evaluation is complete.  Accordingly, it is

Case No. 8:04-CR-153-T-17MSS

**ORDERED** that the Report and Recommendation is **adopted,** and the Motion to Determine Competency (Dkt. 40) is **deferred** pending completion of the evaluation at FMC Butner, North Carolina.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 31st day of August, 2005.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record
U.S. Marshal
Cindy Leigh-Martin, CRD

2